THE CLERK OF THE U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
ROBERT W. KASTENMEIER U.S. COURTHOUSE
120 N. HENRY ST. ROOM 320.
MADISON, WI 53703   (PHONE # 608-264-5156

# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

1) PLEASE SEND COPYS OF THIS COMPLAINT BACK TO ME - Thank You

(Full name of plaintiff(s))

Matthew. J. Cioni # 534393,

I am Seeking, Award of Money, For The Loss of My Father. Bruce. J. Cioni, who died in House fire on, 11-19-21 vs, Do To Samsung Cell Phone.

vs

(Full name of defendant(s))

Samsung Cell Phone Company.

Case Number:

__23  CV  302  JDP__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Rockton Illinois, US__, and is located at
   (State)
   __Dodge Correctional Institution  ATN: Matthew. Cioni #534393__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Samsung Cell Phone Company,** ~~[scribbled out]~~
(Name)

is (if a person or private corporation) a citizen of **"Private Corp." Samsung Cell Phone**
(State, if known) **Comp.**

and (if a person) resides at **N/A**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Samsung Cell Phone, Company Killed my Father Bruce, J.G...**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On November, 19th, 2021, Samsung Cell Phone Company violated my rights, when my fathers cell phone started on fire and burnt and killed my father to death. I have all proof, and physical evedence, and wittnesses. The fire was started by the cell phone by Samsung, it was plugged in under my fathers couch and on the side, were thee phone caught fire, then started the couch on fire and started he's head & torrsol on fire and then whole body.

Attachment One (Complaint) – 2

This Happend on Nov, 19th, 2021, At my Fathers House, which the Address is And was 1156 Lincholn Ave, Beloit WI 53511, This Happend With A defect of The Samsung Cell Phone And Battery, They Are 100% At Fault for my Fathers Death, I Would Also Please See if I Could get An Apointed Attorney granted to me And their care, And the Fileing Fee's granted., do to. The Fact I Am Intigent, Thank you So much. for All your Help.

Sincerly.

Matthew. J. Cioni

Wittnesses: Jeff Cioni, Tim Cioni, Stephanie Cioni And more.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1) I Want A Award Of Money, For The Loss Of my Father. Bruce. J. Cioni Born on 1-8-49 He was Killed By A Samsung Cell Phone Which Caught on Fire And Burned my Father To Death on November 19th, 2021, I Am The only Person Sueing Samsung Cell Phone Company, I Have Witnesses And Documation. And Physical Eveadence. I Am Currently Serveing A Small Sentence. At { Dodge Correctional Inst, P.O. Box 189, Phoenix, MD. 21131 } Were They Will Be Moveing Me To A New institution, When I Know I Will Write You With New Address. You Can Send To Dodge Correctional Inst, it Will Follow Me. TV Month

Attachment One (Complaint) – 4

E.  JURY DEMAND

[✓] Jury Demand - I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this __1st__ day of __MAY__, 20_23_.

Respectfully Submitted,
MATTHEW. J. Cioni

_____
Signature of Plaintiff

__# 534393__
Plaintiff's Prisoner ID Number

__Dodge Correctional Institution.__
__P.O. Box 189 Phoenix MD. 21131__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5

**WISCONSIN**
**7th Circuit**



BRUCE. CIONZ
1156 Lincholn. AVE
Beloit Wi 53511,
WERE THE HOUSE FIRE,
And DEATH of MY
BELOVED FATHER.

Guide – 9