IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW J. CIONI,

                Plaintiff,

v.                                      ORDER

SAMSUNG ELECTRONICS CO. LTD.,         23-cv-302-jdp

                Defendant.

---

Plaintiff Matthew J. Cioni, without counsel, filed a second amended complaint alleging that his father's Samsung cellphone caught fire while it was charging, which killed him as he slept. I allowed Cioni to proceed against defendant Samsung Electronics Co. Ltd. on Wisconsin-law strict design defect and negligent design claims. Upon further review of the record, it's plausible to infer that Cioni intended to sue Samsung Electronics America, Inc., as well. I will amend my screening order, Dkt. 17, to allow Cioni to proceed against Samsung Electronics America on Wisconsin-law strict design defect and negligent design claims.

ORDER

IT IS ORDERED that:

1. The court's screening order, Dkt. 17, is AMENDED, with the result that plaintiff Matthew J. Cioni is GRANTED leave to proceed on Wisconsin-law design defect and negligent design claims against defendant Samsung Electronics America, Inc.

2. The clerk of court is directed to add Samsung Electronics America, Inc. as a defendant.

3. The clerk of court is directed to ensure that the United States Marshals Service serves defendant Samsung Electronics America, Inc. with a copy of plaintiff's second amended complaint, the court's screening order, and this order. Plaintiff should not attempt to serve Samsung Electronics America, Inc. on his own at this time.

Entered February 5, 2024.

                          BY THE COURT:

                          /s/

                          _____
                          JAMES D. PETERSON
                          District Judge