IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW J. CIONI,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO. LTD.,
T-MOBILE USA, INC., and SAMSUNG
ELECTRONICS AMERICA, INC.,

    Defendants.

Case No. 23-cv-302-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing T-Mobile USA, Inc. as a defendant, dismissing plaintiff's claims against Samsung Electronics Co. Ltd without prejudice; and

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Samsung Electronics America, Inc. dismissing this case.

| | |
|---|---|
| /s/ Deputy Clerk | 3/31/2025 |
| Joel Turner, Clerk of Court | Date |